IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

EDWARD LEE HAM, JR.,                           *

              Petitioner,                  *

v.                                                      Case No. 7:24-cv-87 (WLS-ALS)

                                       *

ATTORNEY GENERAL, STATE OF
GEORGIA,                                        *

              Respondent.              *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated March 3, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 3rd day of March, 2026.

                            David W. Bunt, Clerk

                            s/ Katie Logsdon, Deputy Clerk